IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association

        Plaintiff,

v.

Innovative Dental Group, LLC II, An Illinois Limited Liability Company; Ajaypal Singh; Dimple M. Tejani,

        Defendants.

No. 16 CV 5998
Assigned Judge:
Sara L. Ellis
Magistrate Judge:
Jeffrey T. Gilbert

## MOTION FOR JUDGMENT ON THE NOTE ON COUNT I

NOW COMES the Plaintiff, PNC Bank, National Association, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment on the Note on Count I in its favor and against Defendant Innovative Dental Group LLC II, an Illinois Limited Liability Company and as grounds thereof state.

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment on the Note on Count I in the case against Defendant Innovative Dental Group LLC II, an Illinois Limited Liability Company as a matter of law.

        By One of the Attorneys for PNC Bank, National Association

        By: /s/ Francis J. Pendergast, III
           One of Its Attorneys

James M. Crowley (ARDC #6182597)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
fpendergast@crowleylamb.com