# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association

                Plaintiff,

v.

Innovative Dental Group, LLC II, An Illinois Limited Liability Company; Ajaypal Singh; Dimple M. Tejani,

                Defendants.

No. 16 CV 5998
Assigned Judge: Sara L. Ellis
Magistrate Judge: Jeffrey T. Gilbert

## **MOTION FOR JUDGMENT ON THE GUARANTY ON COUNT III**

NOW COMES the Plaintiff, PNC Bank, National Association, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment on the Guaranty (Count II) in its favor and against Defendant Dimple M. Tejani and as grounds thereof state.

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment on the Guaranty on Count III in the case against Defendant Dimple M. Tejani as a matter of law.

                By One of the Attorneys for PNC Bank, National Association

                By:   /s/ Francis J. Pendergast, III
                         One of Its Attorneys

James M. Crowley (ARDC #6182597)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
fpendergast@crowleylamb.com